IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

FILED
DEC 1 4 2015
Clerk, U.S. District Court
By:_____Deputy Clerk

**United States of America,**

**Plaintiff,**

v.

Case No. 09-20119-08-JWL
14-2615-JWL

**James Anthony Clark,**

**Defendant.**

## NOTICE OF APPEAL

COMES Defendant, James Anthony Clark, appearing *Pro Se,* and timely files his Notice of Appeal of the Court's Memorandum and Order [Doc. 1149] dated October 6, 2015, denying his Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

_____
JAMES ANTHONY CLARK
REG. NO. 27732-018
FCI COLEMAN
FEDERAL CORR. INSTITUTION
P.O. BOX 1032
COLEMAN, FL 33521
Appearing *Pro Se*