This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

**FROM:** James Anthony Clark 27732-018
FCC Coleman Medium
P.O. Box 1032
Coleman, FL 33521

**TO:** Clerk, U.S. District Court
District of Kansas
Kansas City Division
500 State Avenue
Kansas City, KS 66101

RECEIVED

DEC 14 2015

CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

09-20119



UNITED STATES
POSTAL SERVICE®

PRIORITY®

U.S. POSTAGE
PAID
COLEMAN, FL
33521
DEC 08, 15
AMOUNT
**$0.00**
R2305H127076-11

66101

INSURANCE INCLUDED *

PICKUP AVAILABLE

* Domestic only

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #



9012 3080 1329 6321 94

Label 400 Jan. 2013
7690-16-000-7848

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5



0000 1000 0014